# Notice Recipients

District/Off: 1126−2     User: admin     Date Created: 07/31/2010
Case: 10−04554−BGC7     Form ID: b9a     Total: 29

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Edward Manuel Toney, II | 5605 15th Street S | Bessemer, AL 35020 | | |
| jdb | Marcy Crystal Toney | 5605 15th Street S | Bessemer, AL 35020 | | |
| tr | Thomas E Reynolds | Haskell Slaughter Young &Rediker | 1400 Park Place Tower | 2001 Park Place No | Birmingham, AL 35203 |
| aty | Douglas McLean Roy, Jr | 2015 1st Ave. North | Birmingham, Al 35103 | | |
| smg | Valrey Early | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 | |
| 6548215 | Bank Of America | Attn: Bankruptcy NC4−105−03−14 | Po Box 26012 | Greensboro, NC 27410 | |
| 6548214 | Bank Of America | Po Box 17054 | Wilmington, DE 19850 | | |
| 6548216 | Capital One, N.a. | C/O American Infosource | Po Box 54529 | Oklahoma City, OK 73154 | |
| 6548217 | Chase | Po Box 15298 | Wilmington, DE 19850 | | |
| 6548219 | Citifinancial | 300 Saint Paul Place | Baltimore, MD 21202 | | |
| 6548218 | Citifinancial | Citifinancial/Attn: Bankruptcy Dept | 1111 Northpoint Dr | Coppell, TX 75019 | |
| 6548234 | Equitable Ascent Financial | 111 N Belcher Road, Suite 201 | Clearwater, FL 33765 | | |
| 6548213 | Ford Motor Credit Corporation | National Bankruptcy Center | Po Box 6275 | Dearborn, MI 48121 | |
| 6548220 | Franklin Collection Sv | 2978 W Jackson St | Tupelo, MS 38801 | | |
| 6548221 | Hfc | Po Box 3425 | Buffalo, NY 14240 | | |
| 6548222 | Hfc − Usa | Po Box 3425 | Buffalo, NY 14240 | | |
| 6548223 | Hilco Rec | Attn: Bankruptcy | 1120 Lake Cook Road Suite B | Buffalo Grove, IL 60089 | |
| 6548224 | Holloway Credit Soluti | 1286 Carmichael Way | Montgomery, AL 36106 | | |
| 6548225 | Hsbc Bank | Attn: Bankruptcy | Po Box 5213 | Carol Stream, IL 60197 | |
| 6548235 | Ingram &Associates LLc | 2013 2nd Avenue N | Birmingham, AL 35203 | | |
| 6548226 | Macys/fdsb | Macy's Bankruptcy | Po Box 8053 | Mason, OH 45040 | |
| 6548227 | Main Street Acquisiton | 3950 Johns Creek Ct Ste | Suwanee, GA 30024 | | |
| 6548228 | Nco−medclr | Po Box 8547 | Philadelphia, PA 19101 | | |
| 6548229 | Portfolio Rc | Attn: Bankruptcy | Po Box 41067 | Norfolk, VA 23541 | |
| 6548230 | Rmb, Inc | 409 Bearden Park Cir | Knoxville, TN 37919 | | |
| 6548231 | Sears/cbsd | 701 East 60th St N | Sioux Falls, SD 57117 | | |
| 6548232 | United Collection Serv | 106 Commerce St Ste 106 | Lake Mary, FL 32746 | | |
| 6548233 | Visdsnb | Attn: Bankruptcy | Po Box 8053 | Mason, OH 45040 | |
| 6548236 | Zarzaur &Schwartz | 2209 Morris Avenue | Birmingham, AL 35203 | | |

TOTAL: 29